FILED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2015 AUG 10 AM 11: 59

CLERK
MIDDLE DISTRICT OF FL
OCALA FLORIDA

SYNNOTT DURHAM,

    Plaintiff,

-VS-

CASE NO.: 5:15-cv-403-OC-41PRL

VERIZON WIRELESS PERSONAL
COMMUNICATION LP,

    Defendant.

_____/

## COMPLAINT

COMES NOW Plaintiff, , by and through the undersigned counsel, and sues Defendant, VERIZON WIRELESS PERSONAL COMMUNICATION LP (hereinafter "Verizon"), and in support thereof respectfully alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq.* ("FCCPA").

## INTRODUCTION

1.    The TCPA was enacted to prevent companies like Verizon from invading American citizen's privacy and prevent abusive "robo-calls."

2.    "The TCPA is designed to protect individual consumers from receiving intrusive and unwanted telephone calls." *Mims v. Arrow Fin. Servs., LLC*, -US--, 132 S.Ct., 740, 745, 181, L.Ed. 2d 881 (2012).

3.    "Senator Hollings, the TCPA's sponsor, described these calls as 'the *1256 scourge of modern civilization, they wake us up in the morning; they interrupt our dinner at night; they force the sick and elderly out of bed; they hound us until we want to rip the telephone out of the wall.'" 137 Cong. Rec. 30, 821 (1991). Senator Hollings presumably intended to give

telephone subscribers another option: telling the autodialers to simply stop calling." *Osorio v. State Farm Bank, F.S.B.*, 746 F. 3d 1242 (11th Cir. 2014).

4.      According to the Federal Communications Commission (FCC), "Unwanted calls and texts are the number one complaint to the FCC. There are thousands of complaints to the FCC every month on both telemarketing and robocalls. The FCC received more than 215,000 TCPA complaints in 2014." Fact Sheet:  Wheeler Proposal to Protect and Empower Consumers Against Unwanted Robocalls, Texts to Wireless Phones, Federal Communications Commission, (May 27, 2015), http://transition.fcc.gov/Daily_Releases/Daily_Business/2015/db0527/DOC-333676A1.pdf.

## JURISDICTION AND VENUE

5.      This is an action for damages exceeding Fifteen Thousand Dollars ($15,000.00) exclusive of attorney fees and costs.

6.      Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §1331.

7.      The alleged violations described in the Complaint occurred in Marion County, Florida.

## FACTUAL ALLEGATIONS

8.      Plaintiff is a natural person, and citizen of the State of Florida, residing in Marion County, Florida

9.      Plaintiff is a "consumer" as defined in Florida Statute § 559.55(8).

10.     Plaintiff is an "alleged debtor."

11.     Plaintiff is the "called party." See *Breslow v. Wells Fargo Bank, N.A.*, 755 F. 3d 1265 (11th Cir. 2014) and *Osorio v. State Farm Bank, F.S.B.*, 746 F.3d 1242 (11th Cir. 2014).

12.    Defendant, Verizon, is a corporation with its principal place of business located at 1 Verizon Way, Basking Ridge, NJ 07920 and which conducts business in the State of Florida through its registered agent, CT Corporation Systems, 1200 South Pine Island Rd., Plantation, FL 33324.

13.    The debt that is the subject matter of this Complaint is a "consumer debt" as defined by Florida Statute §559.55(6).

14.    Verizon called Plaintiff approximately one hundred (100) times since April 1, 2015, in an attempt to collect a debt.

15.    Verizon attempted to collect a debt from Plaintiff by this campaign of telephone calls.

16.    Verizon intentionally harassed and abused Plaintiff on numerous occasions by calling several times during one day and on back to back days, with such frequency as can reasonably be expected to harass.

17.    On information and belief, the telephone calls were placed using automated telephone dialing equipment, without human intervention

18.    Each call Verizon made to Plaintiff was made using an "automatic telephone dialing system" which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator; and to dial such numbers as specified by 47 U.S.C § 227(a)(1).

19.    Each call Verizon made to Plaintiff's cell phone was done so without the "express permission" of Plaintiff.

20.    Beginning on or about April 1, 2015 Plaintiff moved his cellular service from Verizon to another cellular phone carrier.

21.    Plaintiff is a seventy-four year old man in delicate health.

22.     A few days after switching phone carriers Plaintiff was hospitalized in an Intensive Care Unit (ICU) due to COPD and heart related issues.

23.     While resting in ICU, Plaintiff began receiving repeated automated calls to his cellular telephone, (***) ***-8666, from Verizon looking to speak to Roswitha Durham.

24.     Upon receiving the first call from Verizon Plaintiff answered and informed the caller that Roswitha Durham was his wife, that she could not be reached at this number, and that he was in the hospital and to please stop calling him.

25.     Despite plainly informing Verizon that he was hospitalized, that his wife was not available at his number, and to stop calling – Verizon continued to bombard Plaintiff's cellular telephone with automated calls, up to three (3) calls a day.

26.     On at least two other occasions Plaintiff would answer a call from Verizon and reiterate that his wife could not be reached at this number and to please stop calling him – yet as before the calls continued unabated.

27.     Due to the tremendous amount of automated calls Verizon placed to Plaintiff he was not able to catalogue every single one, however below is a sample of the calls Verizon placed to Plaintiff:

      i)      April 9, 2015 at 9:14am

      ii)     April 10, 2015 at 8:50am

      iii)   April 11, 2015 at 9:45am, 11:44am and 12:15pm

      iv)   April 13, 2015 at 9:50am

      v)    April 14, 2015 at 9:25am and 1:32pm

      vi)   April 15, 2015 at 12:42pm

      vii)  April 16, 2015 at 9:29am and 11:54am

      viii) April 17, 2015 at 9:40am and 12:22pm

4

ix)     April 18, 2015 at 10:15am and 11:32am

x)      April 20, 2015 at 11:10am and 12:50pm

xi)     April 21, 2015 at 9:46am and 1:51pm

xii)    April 22, 2015 at 10:18am

xiii)   April 23, 2015 at 10:23am and 12:44pm

xiv)    April 24, 2015 at 9:26am and 11:35am

xv)     April 28, 2015 at 10:15am and 11:59am

xvi)    April 29, 2015 at 12:09pm, 2:00pm and 2:00pm

xvii)   April 30, 2015 at 9:50am and 12:26pm

xviii)  May 1, 2015 at 9:46am and 12:24pm

xix)    May 6, 2015 at 12:16pm

xx)     May 7, 2015 at 8:58am and 11:53am

xxi)    May 8, 2015 at 10:15am and 12:36pm

xxii)   May 9, 2015 at 9:37am and 11:44am

xxiii)  May 11, 2015 at 11:15am and 12:58pm

xxiv)   May 12, 2015 at 8:22am and 2:21pm

xxv)    May 13, 2015 at 3:24pm

xxvi)   May 14, 2015 at 9:19am and 12:49pm

xxvii)  May 15, 2015 at 10:03am and 12:38pm

xxviii) May 16, 2015 at 9:37am and 11:50am

xxix)   May 18, 2015 at 10:28am and 12:26pm

28.     Verizon has a corporate policy to use an automatic telephone dialing system or a
pre-recorded or artificial voice to individuals just as it did to Plaintiff's cellular telephone in this
case.

29.     Verizon has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice just as it did to Plaintiff's cellular telephone in this case, with no way for the consumer, Plaintiff, or Verizon, to remove the number.

30.     Verizon's corporate policy is structured so as to continue to call individuals like Plaintiff, despite these individuals explaining to Verizon that they want the calls to stop.

31.     Verizon has numerous complaints across the country against it asserting that its automatic telephone dialing system continues to call after being instructed to stop.

32.     Verizon has had numerous complaints from consumers across the country against it asking to not be called; however, Defendant continues to call the consumers.

33.     Verizon's corporate policy provided no means for Plaintiff to have his number removed from the call list.

34.     Verizon has a corporate policy to harass and abuse individuals despite actual knowledge the called parties do not owe the alleged debt.

35.     Attached hereto as Exhibit "A" is a post on Verizon's own website from a customer alleging many of the same facts as happened to Plaintiff, in fact an agent of Verizon responds to the complaint by stating due to the size of its customer base, Verizon cannot call every customer on a live basis.

36.     Plaintiff did not expressly consent to Verizon's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Verizon's placement of the calls.

37.     Not a single call placed by Verizon to Plaintiff were placed for "emergency purposes" as specified in 47 U.S.C. § 227(b)(1)(A).

38.     Verizon willfully and/or knowingly violated the TCPA with respect to Plaintiff.

6

## COUNT I
### (Violation of the TCPA)

39.     Plaintiff incorporates paragraphs one (1) through thirty-eight (38).

40.     Defendant willfully violated the TCPA with respect to Plaintiff, especially for each of the auto-dialer calls made to Plaintiff's cellular telephone after Plaintiff notified Defendant that Defendant was calling the wrong number and to stop calling Plaintiff.

41.     Defendant knowingly violated the TCPA with respect to Plaintiff, especially for each of the auto-dialer calls made to Plaintiff's cellular telephone after Plaintiff notified Defendant that Defendant was calling the wrong number and to stop calling Plaintiff.

42.     Verizon repeatedly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

WHEREFORE, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Verizon for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## COUNT II
### (Violation of the FCCPA)

43.     Plaintiff incorporates paragraphs one (1) through thirty-eight (38).

44.     At all times relevant to this action Verizon is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

45.     Verizon has violated Florida Statute § 559.72(7) by willfully communicating with the debtor or any member of his or her family with such frequency as can reasonably be expected to harass the debtor or his or her family.

46.     Verizon has violated Florida Statute § 559.72(7) by willfully engaging in other conduct which can reasonably be expected to abuse or harass the debtor or any member of his or her family.

47.     Verizon has violated Florida Statute § 559.72(9) by claiming, attempting or threatening to enforce a debt when such person knows the debt is not legitimate.

48.     Verizon's actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute § 559.77.

        **WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Verizon for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

Respectfully submitted,

William Peerce Howard, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
bhoward@forthepeople.com
Florida Bar #: 0103330
Attorney for Plaintiff

RESIDENTIAL    BUSINESS    WIRELESS         Set Location    Español    Store Locator    Contact Us    Sign In/Register

Shop         Support         My Verizon              search verizonwireless.com

ALL PLACES > VERIZON WIRELESS SERVICES > DISCUSSIONS

19 Replies  Latest reply: Nov 1, 2014 10:52 AM by DavidHalton              1  2  3



## Verizon Complaint - Harassment, Lack of Customer Service, No Loyalty

JesseL123 Sep 9, 2013 8:20 AM                    This question is Not Answered.

After searching long and hard, it appears that there is no place to lodge a formal complaint against Verizon. I saw where an individual was told by a Verizon rep the place to file such complaints is right here in the forums. This seems to be an ineffective place to make such statements. With that said, I write this post with little expectation of satisfaction in remedying the complaint. In fact, I believe that the lack of a formal complaint channel points to the company's unwillingness to address key business points, such as customer satisfaction. Consider this post an indication of one such dissatisfied customer.

As background, I have been a steady Verizon customer for about 12 years (give or take a year). In that time, I have re-signed my contract several times, purchased numerous phones, and have been timely in my payments. I seem to recall even being given a Verizon VIP status which gave me a discount on phone accessories. The fact that most people reading this will have never heard of the Verizon VIP status points to how long I've been with Verizon. My first Verizon phone was the Motorola V60i - top of the line at the time.

Recently the credit card I have on file for auto payment expired. I knew it was going to expire and updated the account with a new card as soon as it came in. Apparently this update did not stick. About two weeks ago, my wife began getting phone calls from Verizon. Each time they called it would be from a different out of region phone number. Each time an automated voice would leave a message about "changes to the account". The calls increased to about 5 per day with several text messages throughout. The first red flag is that her line is a secondary number, whereas mine is the primary. If there was a legitimate change to the account the assumption is that Verizon would call the primary account holder. They did not.

This continued for about a week. The calls and the texts would come during working hours and into the night. I called one of the numbers back. After pressing # to do this and # to do that, I was given a choice. Press 1 to make a payment to the account or press 2 if you have already paid this bill or are planning to pay this bill immediately. Since I had already paid the bill, I pressed 2. The next automated message I received said that they would be expecting my payment within 7 days and the system would be updated to reflect I had made this agreement. Failure to pay the bill would cause an interruption in my service.

My problems-
1. Verizon should not call a secondary number to discuss the bill. Luckily the secondary number was my wife's. What if it had been a teenaged child?
2. Verizon should not engage in such harassing techniques. I have been a loyal customer for over a decade. A simple phone call from a human and I would have happily explained I did update the card, and then paid immediately. It went too far for no reason.
3. As a customer, I should have quick access to a customer rep or another avenue, such as a dissatisfaction form in My Verizon, to outline this in a more conducive manner than simply throwing it into a pile of other forum posts with no sense of direction or expectation of satisfaction.

It is for all these reasons that I am dissatisfied with Verizon currently. I am not currently under contract and I am shopping for another provider. While I'm sure many of my complaints will be found in the other provider, at least I have the satisfaction of taking my dollars to a company that will treat me like a number on a page instead of the misconception that customer loyalty still meant anything. Again, I am not expecting any followup from Verizon, but you have my phone number if you would like to discuss this. After all, a simple call from a human in the first place would have corrected this.

My question to the rest of the forum is, "Am I the only one in this boat?"



EXHIBIT

A

2619 Views     Tags:



### 1. Re: Verizon Complaint - Harassment, Lack of Customer Service, No Loyalty

**ccrglrl81** Sep 9, 2013 11:50 AM  (in response to JesseL123)

JESSEL123, File a complaint with the BBB. Then the Presidents office will call you. It takes a few minutes online, and then you find that all of the service center had no authority in the first place. Pass it on.

>>Personal Information removed<<

Message was edited by: Verizon Moderator

Actions                                                                                                                                   Like (0)



### 2. Re: Verizon Harassment - Complaint

**Verizon Wireless Customer Support** Sep 11, 2013 9:13 AM  (in response to JesseL123)

We want your payment options to be as convenient as possible JesseL123! We certainly don't want to lose you as a valued customer! I'm sorry to hear of the unfortunate circumstances you ran into with your recent payment. As much as we would like to be able to call every customer that may be potentially past due on a live basis, I apologize we are limited with the size of our customer base. We appreciate you reaching out to us via a different support platform; however, please be aware we have the same options available here as we do in our other support channels. We definitely have financial services support available directly at 866-266-1445 if you need to schedule a payment arrangement beyond 7 days past your due date. Hours are limited depending on where you reside. If an account is past due, please be aware financial services may try to reach you on an alternate line or a contact number we have on file. We also have excellent self serve payment options such as My Verizon, #PMT(payment) or #BAL(balance) from your phone. I'm confident you will not run into a situation like this again in the future when you have these great options at your disposal!

JonathanK_VZW
VZW Support
Follow Us on Twitter@VZWSupport

Actions                                                                                                                                   Like (0)




### 3. Re: Verizon Complaint - Harassment, Lack of Customer Service, No Loyalty

**Elector** Sep 11, 2013 11:26 AM  (in response to JesseL123)

Well first off I would simply get off auto pay. I pay via putting my card saved information and doing a manual payment.
You don't have to save the card information but its easier at times. However there is an edit feature so you can change the expiration date on your card, then click save. I can assure you it will function. I then go back and click pay bill. Then select the card I just updated and it makes the payment and gives me a receipt to print out. A text and email is also sent to me acknowledges the payment. Why you had a problem who knows.

Now since you did not verify payment the payment was not posted to your account. No payment means collection calls but why all the numbers are being called other than your main line god only knows. File your complaint at http://www.bbb.org
Additionally Verizon is breaking the law by calling anyone but you the owner of the account. The law they are breaking is under the Fair Debt Collections Practices Act you can take them to court for harassment via telephone under the Telephone Communications Protection Act and no Verizon Wireless is not exempt from Federal Law. You may also have State Laws that cover you. All of them can be money in your pocket if you take them to court. $1,000-$3,000 per incident.

Get an attorney and bring them to court.

Good Luck

Actions                                                                Like (0)



### 4. Re: Verizon Harassment - Complaint

JesseL123  Sep 11, 2013 11:36 AM  (in response to Verizon Wireless Customer Support)

JonathanK_VZW,

First, thank you for taking the time to respond to my statement. I appreciate that you took the time to do so.

However, I don't think that your response addresses my concerns. I thought I had paid the bill as explained above. Your financial department acted in a harassing manner by contacting a secondary phone number on my account. Not once did anyone or any automated communication contact my number, the primary account holder. The calls were as many as 5 in a day with several text messages. The voice messages, when one was left, and the text messages simply stated there had been changes made to the account - hardly helpful information. In fact, the limited statement was so cryptic that they were originally dismissed as being spam - a reasonable conclusion considering the amount of spam messages Verizon customers receive concerning "changes to the account".

Luckily, the secondary number your financial department decided to contact was my wife's number. Had it been a child's phone this complaint would have a completely different tone. However, any number of other customers may not be so fortunate. You stated " financial services may try to reach you on an alternate line or a contact number we have on file" as an explanation of this practice. That answer only makes sense if you attempted the primary account holder first. You did not. Not one instance.

You mentioned that the volume of your customers prevents you from giving each one personalized service. I realize Verizon must have an enormous customer base and the sheer volume creates complications that I have not yet considered. May I suggest you make a special effort to show personal customer support to long term customers with an established track record of timely payments and patronage - such as myself. The silver lining for Verizon is that your current solution to your customer load crisis - harassing phone calls, ineffective automated services, etc. - may self-correct your problem. More and more folks will take their wallets elsewhere and you may find that managing effective customer service becomes a simpler task.

Again, JonathanK_VZW, I do want to thank you for taking the time to respond. That is sincere. I did not expect Verizon to respond. I would like my concerns to be passed to your supervisors and then to their supervisors. I believe my points are valid criticisms of Verizon's current customer services. I realize that customer service is traditionally a difficult role as it is the department the angry, screaming, crazies contact to vent. I hope the simple measure by which I've responded shows that is not the case here - that the criticisms point to terrible service and any industry that values its customers would want to at least address the key points therein.

To the supervisors:
Any productive organization has to develop strategies that manage the work load while maintaining quality. Those strategies must be reevaluated from time to time to measure effectiveness and quality. This message points to one of those times. Effectiveness and quality are lacking. It is time to develop a new strategy - a working strategy. Your customers would appreciate it.

Actions                                                                Like (0)



### 5. Re: Verizon Complaint - Harassment, Lack of Customer Service, No Loyalty

rcschnoor  Sep 11, 2013 11:55 AM  (in response to Elector)

> Elector wrote:
>
> Additionally Verizon is breaking the law by calling anyone but you the owner of the account. The law they are breaking is under the Fair Debt Collections Practices Act you can take them to court for harassment via telephone under the Telephone Communications Protection Act and no Verizon Wireless is not exempt from Federal Law. You may also have State Laws that cover you. All of them can be money in your pocket if you take them to court. $1,000-$3,000 per incident.
>
> Get an attorney and bring them to court.
>
> Good Luck

I don't think there will be much luck with THIS portion of your statement. Technically, according to Verizon, ALL phones on an account are in the name and are the responsibility of the account owner. Therefore, ANY phone on the account could be considered a call to the account owner. Verizon has no way of knowing if the person using the phone is not the account owner. It is just as likely, as has been reported on these forums, the primary line on the

account is NOT being used by the account owner. Quite often, someone will post on these forums with questions on how to make a certain number on an account the primary line as the line listed as the primary is NOT the line used by the account owner.

Actions                                                                                                Like (2)

### 6. Re: Verizon Complaint - Harassment, Lack of Customer Service, No Loyalty



**Elector** Sep 11, 2013 4:39 PM  (in response to rcschnoor)

I could agree with that analogy. But my primary line and secondary lines in most cases be used together. Since a secondary line being answered by someone else is not the primary account holder. If the automated or personal call went to a child or other user of the device has no responsibility for the account or payment.

Also five calls or more per day is telephone harassment by any sense of the word. There is also a law forbidding "Auto dialers or auto dialing" and automated messages to cell phones. Federal law not something Verizon can say they don't have to obey.

Actions                                                                                                Like (0)

### 7. Re: Verizon Complaint - Harassment, Lack of Customer Service, No Loyalty

**rcschnoor** Sep 11, 2013 5:04 PM  (in response to Elector)

That may be, but I was ONLY making reference to your statement, "Verizon is breaking the law by calling anyone but you the owner of the account" , and stated as such when I said "THIS portion of your statement". ALL I had to say was directed solely to the fact that calls to any and/or all phones on the account can be considered as a call to the account owner, nothing more.

Actions                                                                                                Like (0)

### 8. Re: Verizon Complaint - Harassment, Lack of Customer Service, No Loyalty

**Elector** Sep 11, 2013 5:27 PM  (in response to rcschnoor)

I understood your reply. However calling every phone on the account is against the law. If I the customer give you the company a telephone contact number and then you as the company call every number on the account you may be speaking to someone who has no business knowing I did not pay my bill. Verizon again is breaking the FDCPA by speaking to a person not associated with the account. Verizon is also using an auto dialer against the TCPA and no matter where they state in the contract they have the right to use such technology and by accepting service you are bound by it is not enforceable since its against Federal Law.

In contracts the normal disclaimer is any portion of this contract in violation of this or that law is not enforceable but all other provisions remain.

Actions                                                                                                Like (0)

### 9. Re: Verizon Complaint - Harassment, Lack of Customer Service, No Loyalty



**rcschnoor** Sep 11, 2013 8:18 PM  (in response to Elector)

You may have understood the reply, but that does not change the fact Verizon DIDN'T call every phone on the account. Only one number was mentioned as being called, unless there is additional information which I have missed.

No information about missing a payment was released to someone other than the account owner, unless there is additional information which I have missed. It was stated the account owner returned the call to receive that information. Additionally, unless Verizon gives a different return number out to each person, I would think proper account credentials would have to be entered in order to receive this information. I know I certainly have to provide proper ID whenever I call in. Others on these forums have complained they are unable to receive assistance if they CANNOT provide the proper ID.

Case 2:15-cv-06565 Document 1 Filed 09/09/15 Page 13 of 13 Page ID #: ...

Actions                                                        Like (0)

                                              1  2  3

**Verizon Wireless**

Explore Verizon

Shop

My Verizon

Support

News Center

Español

**Phones & Devices**

Cell Phones

Smartphones

Tablets

Connected Devices

Mobile Hotspots

USB Modems

Home Services

Accessories

Innovation Store

**Brands / OS**

Apple

BlackBerry

Droid

DroidDoes

HTC

iPad

iPhone

Kyocera

LG

Motorola

Samsung

Android

Windows

Nokia

**Plans, Deals & More**

Cell Phone Plans

Deals & Special Offers

Free Phones

Certified Pre-Owned

Prepaid

Device Recycling Program

Device Eco Specs

Referral Rewards Program

Media Products & Services

Global Services

**Service & Support**

Verizon Wireless Community

Verizon Wireless Coverage Map

4G LTE

Best Network

Wireless Workshops

Verizon Video Gallery

Moving?

View Mobile Site

**Verizon Offerings**

Powerful Answers

Business

Small Business Center

Open Development

Lifeline/Link-Up

Register Signal Booster

© 2015 Verizon Wireless

Connect with us

Site Map | About Us | Careers | Corporate Responsibility | HopeLine | Verizon Innovation Program | Radio Frequency Emissions | Avoid Potential Hearing Loss

Drive Responsibly | Privacy | Legal Notices | Customer Agreement | Brochures|Important Wireless Issues | Radio Frequency Emissions | Avoid Potential Hearing Loss | Drive Responsibly" | Website Use | Return Policy | Accessibility

My Verizon Terms & Conditions | SureResponse Terms & Conditions | Electronic Device Recycling | Contact Sales | About Our Ads

