UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SYNNOTT DURHAM,**

       **Plaintiff,**

v.                                              Case No: 5:15-cv-403-Oc-41PRL

**VERIZON WIRELESS PERSONAL
COMMUNICATION LP,**

       **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the Plaintiff's Notice of Voluntary Dismissal (Doc. 28). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 27, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record